*KSH*

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**DEPUTY CHIEF PROBATION OFFICERS**
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

May 2, 2007

**SUPERVISION UNIT**
**20 WASHINGTON PLACE**
**6TH FLOOR**
**NEWARK, NJ 07102-3172**
**(973) 645-6161**
**FAX: (973) 645-2155**

Melvin K. Jackson, Deputy in Charge
Clerk's Office
Martin Luther King, Jr. U.S. Courthouse
Room 4015
Newark, N.J. 07102

**RE: Bridgeforth, Michael**
**DKT: 02 CR 951-01**
**Request for Re-Assignment of**
**United States District Judge**

Dear Mr. Jackson:

The above captioned individual was sentenced by the Honorable John W. Bissell on May 10, 2004 to 3 years Probation for the offense of Embezzlement from the IRS. A fine of $1,500 was imposed along with the following special conditions: 1) Cooperate with the IRS and 2) Financial Disclosure. Bridgeforth has been supervised by the Southern District of New York, due to his residence being there.

Bridgeforth's supervision is due to terminate on May 9, 2007 and he has a remaining fine balance of $917. According to his supervising probation officer, Bridgeforth has made a satisfactory adjustment to supervision. He has reported as directed, remained arrest free, has maintained stable residence with his wife and children, has remained steadily employed, and has been compliant with all conditions of supervision.

Bridgeforth has experienced financial problems and although he has made consistent payments toward his fine, has been unable to pay it in full. We would recommend that his Probation be allowed to terminate as scheduled. He has been instructed and has agreed to continue making fine payments until this obligation has been satisfied.

Should Your Honor have any questions or concerns, please feel free to contact the undersigned at 973-645-4667.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer
By: Nancy Hildner
Senior U.S. Probation Officer

**Expiration of Supervision with Outstanding Fine Balance**

**U.S. v. Michael Bridgeforth**
**Docket No.: 02 CR 951-01**

_____ The Court approves of the offender expiring from supervision without further action

_____ The Court disapproves of the offender expiring from supervision and instructs the Probation Office to return this matter to Court for a review hearing.

_____
Signature of Judicial Officer

_____
Date